Joseph Baglieri, Appellee, v. R. R. Hessling, and Just Rent A Car Company, Defendants.
Appeal of Just Rent A Car Company, Appellant.

### Gen. No. 46,754. (Abstract of Decision.)

First District, First Division.

April 2, 1956.

Released for publication April 30, 1956.

Ed-
ward D. Rosenberg, Irving J. Sachs, and Neal S. Breskin, for
appellant; Edward D. Rosenberg, of counsel; Cherkas, Rosenberg
& Stone, for appellee; Bertram A. Stone, of counsel. Opinion by
JUDGE NIEMEYER. Not to be published in full.